```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      NORTHERN DIVISION


CHERYL D. McGEE, TINA McGEE,                       PLAINTIFFS
LUCILLE McGEE and PRESTON McGEE, Sr.


VS.              CIVIL ACTION NUMBER: 3:20-cv-00525-DCB-JCG


JUPITER ENTERTAINMENT HOLDINGS, et al.              DEFENDANTS
```

ORDER OF REMAND

This cause having come before the Court on the Plaintiffs' Motion to Remand [ECF No. 14], and the Court having granted the Motion of even date herewith;

Accordingly,

IT IS HEREBY ORDERED that this cause is REMANDED to the Circuit Court of the First Judicial District of Hinds County, Mississippi.

SO ORDERED, this the 17th day of November, 2020.

/s/ David Bramlette_____
UNITED STATES DISTRICT JUDGE